# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 4:20-CR-41 |
| ) | |
| JUAN OROZCO-VASQUEZ, ) | |
|   a/k/a PEDRO OROZCO-OROZCO ) | |
|   a/k/a PEDRO LEONARDO OROZCO ) | |
|   a/k/a JUAN OROSCO-VASQUEZ ) | |
| ) | |

## O R D E R

Based upon the application of the Government with no objection by the Defendant, and for good cause shown therein, it is hereby ORDERED:

That the defendant's name in the above-styled case, including indictment, and all other related documents and filings, be corrected to the following:

Juan Orozco-Vasquez, a/k/a Pedro Orozco-Orozco, a/k/a Pedro Leonardo Orozco, a/k/a Juan Orosco-Vasquez.

So ORDERED this 23rd day of July, 2020.

_____
CHRISTOPHER L. RAY
MAGISTRATE JUDGE,
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA